# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mattheau Lucas, | No. CV-22-01797-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| Circle Logistics Incorporated, et al., | |
| Defendants. | |

Pursuant to Stipulation of Dismissal with Prejudice (Doc. 27),

**IT IS ORDERED** that this case is dismissed with prejudice, each party to bear its own respective costs and attorney's fees. The Clerk shall close this case.

Dated this 20th day of March, 2023.

Honorable John Z. Boyle
United States Magistrate Judge